**Ronnie KENT, Movant,**

v.

**STATE of Missouri, Respondent.**

**No. 58072.**

Missouri Court of Appeals,
Eastern District,
Division One.

Dec. 11, 1990.

Motion for Rehearing and/or Transfer to Supreme Court Denied Jan. 15, 1991.

Application to Transfer Denied
Feb. 7, 1991.

Ellen A. Blau, St. Louis, for appellant.

William Webster, Atty. Gen., Elizabeth L. Ziegler, Asst. Atty. Gen., Jefferson City, for respondent.

ORDER

PER CURIAM.

Movant appeals denial of his Rule 24.035 motion for post-conviction relief without an evidentiary hearing. An extended opinion would have no precedential value. Movant's claims of error fail because the record conclusively refutes them. Movant is not entitled to relief. The findings and conclusions of the motion court are supported by the record, hence, not clearly erroneous. Judgment is affirmed in accordance with Rule 84.16(b).